UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRTUAL CREATIVE ARTISTS, LLC,

          Plaintiff,

v.

SEEKING ALPHA INC.,

          Defendant.

Case No. 1:24-cv-06260 (PKC)

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Virtual Creative Artists, LLC and Defendant Seeking Alpha Inc. ("the parties") submit this Joint Motion to Stay All Deadlines and Notice of Settlement pending finalization of settlement. The parties have reached an agreement in principle to resolve the case between them and are in the process of preparing a final written agreement. The parties wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense. The parties believe that agreement can be finalized and executed on or before January 10, 2025.

Accordingly, the parties respectfully request that the Court grant a 30-day stay of proceedings between them, including all deadlines, until January 10, 2025. The parties submit that good cause exists for granting this agreed motion, as set forth above, and that this motion is not filed for purposes of delay.

*[Handwritten endorsement:] The expected date of January 10, 2025 has come and passed. By February 14, 2025, the parties shall submit a proposed schedule to bring this action to resolution on the merits. SO ORDERED. [signature] USDJ 1-30-25*

1

Dated: October 18, 2024                                Respectfully submitted,

THE LAW OFFICES OF NICHOLAS                            MITCHELL SILBERBERG & KNUPP LLP
LOAKNAUTH, P.C.

/s/David R. Bennett                                    /s/ Eleanor M. Lackman
Nicholas Loaknauth                                     Eleanor M. Lackman
The Law Offices of Nicholas Loaknauth, P.C.            437 Madison Avenue
1460 Broadway New York, NY 10036                       New York, NY  10022
(212) 641-0745                                         (212) 509-3900
nick@loaknauthlaw.com                                  eml@msk.com

OF COUNSEL:                                            *Counsel for Defendant*
                                                       *Seeking Alpha Inc.*
David R. Bennett (admitted pro hac vice)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Counsel for Plaintiff*
*Virtual Creative Artists LLC*

2